3153 (Rev. 01-19)



**STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING**

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: Keith Allen Phillips and Denise Diane Phillips  
715 Seventh Street  
Jackson MI 49203

Case No.: 19-50160 TJT  
Chapter 13

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

Secured: Claim No.               $

Priority: Claim No.              $

Unsecured: Claim No. 12-1        $684.52

Administrative: Claim No.        $

Total to be withdrawn: $684.52

/s/ Belinda Walker

Bankruptcy Clerk  
Collection Services Bureau, Bankruptcy